PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Moshe Butler**　　　　　　　　　　　　　　　　　　　　　　Docket No. **18-605**

### Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW DANIEL MILNE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Moshe Bulter**, who was placed under pretrial release supervision by the **HONORABLE WILLIAM H. WALLS, United States District Judge** sitting in the Court at **Newark**, on **October 9, 2018**, under the following conditions: $250,000 bond secured by 153 Keats Ave Elizabeth, New Jersey; Pretrial Services Supervision; Surrender passport and not to apply for any travel documents; Shall not commit any offense in violation of federal, state or local law; Travel restricted to New Jersey, New York and Texas; Mental Health treatment; Maintain or actively seek verifiable employment; Resolve all active traffic warrants; Refrain from any gambling activity.

　　　　Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing.**

ORDER OF COURT

Considered and ordered this 26 day of February, 2019 and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/26/19

_____
DANIEL MILNE
U.S. Pretrial Services Officer