UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOSHE BUTLER,<br><br>*Defendant.* | Docket No. 18-cr-605 (WHW)<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the application of the defendant Moshe Butler, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Courtney A. Howard, Assistant United States Attorney, appearing) having consented to the requests, and for the reasons set forth in Mr. Butler's March 20, 2019 letter to the Court, and for good cause shown,

**IT IS** on this 21st day of March, 2019,

**ORDERED** that defendant Moshe Butler's conditions of pretrial release, as set forth in the October 9, 2018 Order Setting Conditions of Release, dkt. no. 6, as modified by the February 28, 2019 Order Modifying Conditions of Release, dkt. no. 14, are hereby further modified as follows:

1. Defendant Moshe Butler shall be and hereby is permitted to attend weekly prayer services at Congregation Keter Torah, located at 600 Roemer Avenue, Teaneck, NJ 07666, on Friday evenings and Saturdays, at the specific times to be provided to Pretrial Services at least 48 hours in advance of Friday prayers. (24 hours for Friday March 22, 2019 only).

2. ~~Defendant Moshe Butler shall be and hereby is permitted to attend religious services for Purim at his children's schools on the evening of Wednesday, March 20, 2019, from 6:45~~

~~p.m. to 11:30 p.m., and on the morning of Thursday, March 21, 2019, from 8:00 a.m.~~ /JBC/
~~12:00 p.m., upon provision of the addresses of the schools to Pretrial Services; and~~

~~3. Defendant Moshe Butler shall be and hereby is permitted to further celebrate Purim by~~ accompanying his ~~family to bring~~ food to local friends, charities and neighbors, upon ~~advance notice to Pretrial Services of the specific addresses where he will be located.~~ /JBC/

_____
Honorable James B. Clark
United States Magistrate Judge