UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOSHE BUTLER,<br><br>*Defendant.* | Docket No. 18-cr-605 (WHW)<br><br>ORDER |

**THIS MATTER** having come before the Court upon the application of the defendant Moshe Butler, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Courtney A. Howard, Assistant United States Attorney, appearing), having taken no position on the request, and for good cause shown,

**IT IS** on this 26th day of March, 2019,

**ORDERED** that defendant Moshe Butler's conditions of pretrial release, as set forth in the October 9, 2018 Order Setting Conditions of Release, dkt. no. 6, as modified by the February 28, 2019 and March 21, 2019 Orders Modifying Conditions of Release, dkt. nos. 14, 16, are hereby further modified as follows:

1. Defendant Moshe Butler shall be and hereby is permitted to attend medical appointments on Thursday, March 28, 2019 and Friday, March 29, 2019, all as further set forth in Exhibit A to Mr. Butler's March 26, 2019 letter to the Court.

Honorable James B. Clark
United States Magistrate Judge