PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Moshe Butler      Cr.: 18-00605-001
     PACTS #: 56121

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/18/2019

Original Offense:     11-CR-00854: Count One: Fraud By Wire, Radio, or Television, 18 U.S.C. § 1343 and 2, a Class C Felony;

12-CR-00278: Bank Fraud, 18 U.S.C. § 1344 and 3147, a Class B Felony;

18-CR-00605: Fraud by Wire, Radio, or Television, 18 U.S.C. § 1343, a Class C Felony; and, False Statement to U.S. Probation, 18 U.S.C. § 1001, a Class D Felony

Original Sentence: 11-CR-00854: 63 months imprisonment, 36 months supervised release

12-CR-00278: 57 months imprisonment to run concurrent with sentence imposed under 11-CR-00854; followed by 36 months supervised release

18-CR-00605: 27 months imprisonment, 36 36 months supervised release

Special Conditions: Financial Disclosure, Gambling Restriction, Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions, Self-Employment/Business Disclosure, Place Restriction Area, Support Dependents, $100 Special Assessment, and Fine

Violation Activity: **11-CR-00854/12-CR-00278**: Committed Another Crime; Gambling Restrictions and Gambling Exclusions Lists; and Failure to Pay Restitution

Violation Sentence: **11-CR-00854/12-CR-00278:** 09/23/2019. Supervised release is revoked. Imprisonment for a term of 6 months, consisting of 5 months to be served concurrently with Judgment in each of cases 11-CR-854 and 12-CR-278, and 1 month to be served consecutively with Judgment in 18-CR-605.

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/05/2021

Prob 12A – page 2<br>Moshe Butler

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Jerusalem, Israel. He will be traveling with his wife and two of their children to see their other child who is studying abroad.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Butler reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Moshe Butler has maintained stable residence and is employed with ASK Consulting in Scottsdale, Arizona. Mr. Butler is in compliance with all his special conditions. He makes $500 monthly payments towards his fine and previous restitution obligation also. As such, he is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michelle A. Siedzik*

By:   MICHELLE A SIEDZIK
U.S. Probation Officer

/ mas

APPROVED:

*Kevin M. Villa*   09/19/2022
KEVIN M. VILLA           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Travel Approved (as recommended by the Probation Office)

[ ] Travel Denied

[ ] Travel Approved and all future travel requests be at the discretion of the Probation Office

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

9/28/2022
Date